

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

## RESPONSE TO NOTICE OF ORAL ARGUMENT

| | |
|---|---|
| **Case Number** | 2018-1213 |
| **Case Name** | Ashford University, LLC v. Secretary of Veterans Affairs |
| **Party Arguing on Behalf of** (list all party names for whom you are presenting argument) | Secretary of Veterans Affairs |
| **Party Type (select one)** | ☐ Appellant<br>☒ Appellee<br>☐ Cross-Appellant<br>☐ Intervenor<br>☐ Amicus |
| **Oral Argument Waiver (if applicable)** | ☐ We waive oral argument. |

**Argument Time**
Please indicate how much argument time each arguing attorney will use below; rebuttal time is only allowed for Appellants/Cross-Appellants. Any desired changes to argument time may be made at check-in on the morning of argument. Changes to arguing attorneys must submit an updated version of this form. All arguing attorneys must be admitted to the Federal Circuit bar, file entries of appearance, and be listed on this form.

| **First Arguing Attorney** | Name: William J. Grimaldi | | | |
|---|---|---|---|---|
| Phone Number:<br>202-616-0471 | Argument Time (mins) | 15 | Rebuttal Time (mins) | |
| **Second Arguing Attorney (if any)** | Name: | | | |
| Phone Number: | Argument Time (mins) | | Rebuttal Time (mins) | |
| **Third Arguing Attorney (if any)** | Name: | | | |
| Phone Number: | Argument Time (mins) | | Rebuttal Time (mins) | |
| **Total Time**<br>Panel cases must not exceed 15 minutes;<br>En banc cases must not exceed 30 minutes. | **Argument** | 15 | **Rebuttal** | |

Rev. 10/2018

**RESPONSE TO NOTICE OF ORAL ARGUMENT**

---

**Lead Attorney Acknowledgement**

Attorney ___William J. Grimaldi___ acknowledges that oral argument is scheduled as stated in the Notice of Oral Argument

Date: __9/11/2019__   Signature: ___/s/William J. Grimaldi___

**Filing Instructions and Additional Assistance**

Please submit this form via CM/ECF using the event "Response to Notice of Oral Argument" by the due date and include a certificate of service noting service on opposing counsel. The form <u>must be flattened before filing</u> in CM/ECF by printing it as a PDF and then saving the new file.

If you need assistance, please contact the Court Services team at (202) 275-8035.

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 11th day of September, 2019, a copy of the foregoing Response to Notice of Oral Argument was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/ William J. Grimaldi